# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JULIA M. POE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 25-00206-CV-W-SRB-SSA |
| v. ) | |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner, Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Julia Poe's ("Plaintiff") Motion for Attorney Fees. (Doc. #16.) As set forth below, the motion is GRANTED.

Plaintiff has requested an award of attorney's fees in this case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $8,332.40. In response, Defendant states he "has no objection." (Doc. #17, p. 1.)

Upon review, it is hereby ORDERED that Plaintiff's Motion for Attorney Fees (Doc. #16) is **GRANTED**. It is further ORDERED that Plaintiff is awarded attorney fees of $8,332.40 to be paid by the Social Security Administration. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
Dated: December 30, 2025              UNITED STATES DISTRICT JUDGE